# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-1491

_____

In re: Raymond Kelley; Karen Patrice Kelley

*Debtor*s

------------------------------

Raymond Kelley; Karen Patrice Kelley

*Appellant*s

v.

Centennial Bank

*Appellee*

_____

Appeal from the United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: October 22, 2013
Filed: October 31, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Raymond and Karen Kelley (the Kelleys) appeal the decision of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[1] order requiring the Kelleys to convey certain parcels of real property to Centennial Bank, pursuant to the Kelleys' confirmed plan. Having carefully reviewed the record and the parties' arguments on appeal, we agree with the BAP's conclusions and find no basis to set aside the bankruptcy court's order. See In re Ungar, 633 F.3d 675, 678-79 (8th Cir. 2011) (this court applies same standards as BAP, reviewing bankruptcy court's factual findings for clear error, and its legal determinations de novo); In re Dial Bus. Forms, Inc., 341 F.3d 738, 744 (8th Cir. 2003) (bankruptcy court's interpretation of confirmed plan is reviewed for abuse of discretion).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Audrey R. Evans, United States Bankruptcy Judge for the Eastern District of Arkansas.